# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

**RICHARD BEDFORD,**

      **Plaintiff,**

**Vs.**                                         **Case No. : 6:25-cv-00333-DES**

**CITY OF MCALESTER,**

      **Defendant.**

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AGAINST DEFENDANT, CITY OF MCALESTER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A))(ii) the Plaintiff, Richard Beford, by and through his attorney of record, the undersigned, files this stipulation of dismissal with prejudice of all claims and/or causes against the Defendant, City of McAlester.

Each party shall bear its own attorney's fees and costs.

**STIPULATED AND AGREED BY:**

/s/ Jeremy Beaver
Jeremy Beaver, OBA #18645
GOTCHER & BEAVER LAW FIRM
PO Box 160
McAlester, OK.  74502
(918) 423-0412
Fax (918) 423-7363
jeremy@gotcher-beaver.com
Attorney for Plaintiff

/s/ Randall Yates
Randall Yates, OBA# 30304
Crowe & Dunlevy, P.C.
222 N. Detroit Ave., Ste. 600
Tulsa, Oklahoma 74120
Attorney for City of McAlester

                                       Prepared by:
                                       /S/ Jeremy Beaver
                                       Jeremy Beaver, OBA#18645

1